UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CASPER SLEEP INC.,

              Plaintiff,                             **ORDER**

   -against-                                  18-CV-4459 (PGG)(KNF)

NECTAR BRAND LLC, RESIDENT HOME LLC
f/k/a DREAMCLOUD HOLDINGS LLC, and
DREAMCLOUD BRAND LLC,

              Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on April 2, 2021, at 11:45 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York         SO ORDERED:
       April 1, 2021

                                                   _/s/ Kevin Nathaniel Fox_
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE